# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BOVARIE, <br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>GEORGE GUIRBINO et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 04 CV 2385 JM (WMc)<br><br>**ORDER STRIKING SECOND AMENDED COMPLAINT SUA SPONTE** |

　　This is a prisoner § 1983 case alleging denial of access to the prison law library and therefore deprivation of access to the courts. Plaintiff Marcus Bovarie filed the original complaint on November 24, 2004. On March 1, 2006, the court adopted the Report and Recommendation ("R&R") of Magistrate Judge McCurine recommending that the defendants' motion to dismiss the First Amended Complaint ("FAC") be granted because plaintiff had not exhausted his administrative remedies. 42 U.S.C. § 1997e(a) ("No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."). Accordingly, the court ordered the FAC dismissed without prejudice. The docket indicates that the case was terminated on March 1, 2006, the date the order adopting the R&R was filed. On June 16, 2006, nunc pro tunc to June 14, 2006, the court accepted for filing on a discrepancy order Bovarie's Second Amended Complaint

1 ("SAC"). Since then, there has been no further action in the case.

2 The SAC should not have been accepted for filing. This is because in the Ninth Circuit, "the PLRA requires that a prisoner exhaust administrative remedies before submitting any papers to the federal courts. Because the prisoner here has not met that requirement, this action must be dismissed without prejudice." <u>Vaden v. Summerhill</u>, 449 F.3d 1047, 1048 (9th Cir. 2006). This rule applies even when the prisoner exhausts his administrative remedies while his federal § 1983 action is pending. <u>Id.</u>; see also <u>McKinney v. Carey</u>, 311 F.3d 1198 (9th Cir. 2002) (holding that § 1997e(a) requires dismissal without prejudice when there is no presuit exhaustion of administrative remedies). This case therefore remains closed as of March 1, 2006. The court therefore **ORDERS** the clerk to strike the SAC from the record.

**IT IS SO ORDERED.**

DATED: 7/27, 2007

JEFFREY T. MILLER
United States District Judge

cc:   all parties